

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,325-01

### IN RE HONORABLE VELIA MEZA, Relator

### ON APPLICATION FOR WRIT OF MANDAMUS
### CAUSE NO. 04-19-00444-CR
### IN THE FOURTH COURT OF APPEALS
### BEXAR COUNTY

*Per curiam*.

## O R D E R

Relator filed a motion for leave to file, a motion to stay, and an application for a writ of mandamus, invoking our constitutional authority to issue writs of mandamus in criminal law matters. TEX. CONST. art. V, § 5. The application requests that this Court issue the writ of mandamus against the Fourth Court of Appeals, compelling the court to vacate its grant of mandamus relief ordering the trial court to disqualify the LaHood Norton Law Group in a pending criminal case. *In re State of Texas, ex rel. Joe Gonzales*, No. 04-19-00444-CR (Tex. App.—San Antonio Aug. 28, 2019) (not designated for publication). The motion to stay was granted with a written order on September 11, 2019 and remains in effect pending further order from this Court.

The Court has received briefing from Real Party in Interest Michael Stovall. Respondent, the Fourth Court of Appeals, is invited to respond to Relator's application within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until further order from this Court.

Filed: November 6, 2019
Do not publish